THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK BURNS, Respondent, v. ALFRED P. RUSSELL, County Treasurer of Dutchess County, and HERBERT S. SISSON, as State Commissioner of Excise of the State of New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY N MERRITT, Respondent, v. HENRY P. TUTHILL, as County Treasurer of the County of Suffolk, and HERBERT S. SISSON, as State Commissioner of Excise of the State of New York, Appellants.— Order of the County Court of Suffolk county affirmed, with ten dollars costs and disbursements, on authority of Matter of Gaignat v. Sisson (ante, p. 193), decided herewith. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

VINCENZA RICCIO, Respondent, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Thomas, Stapleton, Mills, Rich and Blackmar, JJ.

GERTRUDE M. ROWE, Appellant, v. GEORGE W. SNYDER, Defendant, and PENNSYLVANIA RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

ELI UGOVITCH and HESTER J. YOUNG, Respondents, v. OHIO FARMERS' INSURANCE COMPANY OF LEROY, OHIO, Defendant. CHARLES E. EICKHOFF and Another, Appellants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

ANNA VOLLKOMMER, Respondent, v. THE CITY OF NEW YORK, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

CHARLES J. WARD, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the verdict to the sum of $4,000; in which event the judgment, as so modified, and the order are unanimously affirmed, without costs. Thomas, Stapleton, Mills, Rich and Blackmar, JJ., concurred.

MAUDE B. WHITING, Appellant, v. ALVIN CONSTRUCTION COMPANY and Others, Defendants, and ROSE PINOVER, Respondent.— Orders of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.